

PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17CR00077-DAD |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| DAVID G. BRUCE, | |
| Defendants. | |

It is hereby ORDERED that the Indictment in the above-captioned case is UNSEALED.

Dated: March 30, 2017

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE