**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**TELEPHONE: 559-248-0900**
**FACSIMILE: 559-248-0901**

Attorney for Defendant: DAVID G. BRUCE II

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID G. BRUCE II,
    Defendant

Case No.: 1:17-cr-00077-DAD-BAM

**STIPULATION RE TRAVEL OUT OF DISTRICT ; ORDER**

    The United States of America by and through its Counsel of Record Vicenza Rabenn Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for David Bruce stipulate as follows:

1. That this order of the court allows travel by the Defendant David Bruce to the State of Hawaii for the period of time from June 27, 2018-July 25, 2018.
2. The purpose of this stipulation is to allow the defendant to be with his family for the purpose of marking his child's first birthday.
3. All other conditions not in conflict shall remain in full force and effect.

    IT IS SO STIPULATED.

Date: 3/20/18                                                                      /s/Vincenza Rabenn
                                                                                     **VINCENZA RABENN,**
                                                                                     **Assistant United States Attorney**

Date: 3/20/18                                        /s/ E. Marshall Hodgkins
**E. MARSHALL HODGKINS,**
**Attorney of Record for**
**Defendant DAVID G. BRUCE II**

**ORDER**

The request for lengthy travel is DENIED without prejudice. There is no justification provided for the month needed in Hawaii and also no explanation for Defendant's extended absence in light of Defendant's upcoming trial confirmation and trial date.

IT IS SO ORDERED.

Dated: **March 20, 2018**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE