McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00077-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUATION OF TRIAL DATE; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| DAVID G. BRUCE II, | DATE: August 7, 2018 |
| Defendant. | TIME: 8:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation date on July 30, 2018 and a trial on August 7, 2018.

2. By this stipulation, the government and the defense stipulate to continue the trial date until January 22, 2019, and to exclude time between August 7, 2018, and January 22, 2019. The parties further request that the trial confirmation date be moved from July 30, 2018 to January 7, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the government has a vacation planned immediately prior to the trial date.

    b) The government has represented that the discovery associated with this case has

1

been either produced directly to counsel and/or made available for inspection and copying.

  c) The defense does not object to the request for a continuance to January 22, 2019 and stipulates to the date stated. The defense desires additional time to both prepare for the jury trial, and to interview and subpoena witnesses who are both out of the State of California, and within United States Federal Penitentiaries

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2018 to January 22, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: April 26, 2018         McGREGOR W. SCOTT
                  United States Attorney

                  /s/ VINCENZA RABENN
                  VINCENZA RABENN
                  Assistant United States Attorney

Dated: April 26, 2018         /s/ MARSHALL HODGKINS
                  MARSHALL HODGKINS
                  Counsel for Defendant
                  DAVID G. BRUCE II

## ORDER

The court has reviewed and considered the stipulation of the parties to continue the trial in this case. Good cause appearing, the trial confirmation hearing as to David G. Bruce II currently set for July 30, 2018, is continued to **January 7, 2019, at 10:00am.** The jury trial currently set for August 7, 2018, is continued to **January 23, 2019, at 8:30am.** The time period between August 7, 2018 and January 23, 2019, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 26, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE