E. MARSHALL HODGKINS #76796
ATTORNEY AT LAW
1186 W. SHAW, STE. 103
FRESNO, CA 93711
TELEPHONE: 559-248-0900
FACSIMILE: 559-248-0901

Attorney for Defendant: DAVID G. BRUCE II

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID G. BRUCE II,
    Defendant

Case No.: 1:17-cr-00077-DAD-BAM

**STIPULATION RE TRAVEL OUT OF DISTRICT ; ORDER**

The United States of America by and through its Counsel of Record Vicenza Rabenn Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for David Bruce stipulate as follows:

1. That this order of the court allows travel by the Defendant David Bruce to the State of Hawaii for the period of time from June 27, 2018-July 25, 2018.

2. This Motion was previously denied by Magistrate McAuliffe on March 20, 2018. The denial was without prejudice to address concerns that were stated by the Magistrate in the denial to also present additional information. The court expressed a concern that the requested trip to Hawaii for his son's first birthday celebration was extremely close to a trial confirmation and the subsequent jury trial date that had previously been set for this case.

- 1 -

3. On April 27, 2018 Judge Drozd signed a Stipulation of the Parties to continue the jury trial date to January 23, 2019 with a trial confirmation of January 7, 2019 vacating the original trial confirmation date of July 30, 2018, the original jury trial date of August 7, 2018. (This stipulation was filed by the U.S. Attorney's Office who requested, and the defense agreed, to continue the original jury trial date in August of 2018 because of a vacation which the Assistant U.S. Attorney assigned to the case had set. Additionally, the defense indicated in the stipulation that they could use additional time because of subpoenas that would need to be served in various locations, some of which were out of state).

4. Additionally, the pre-trial services officer was contacted prior to filing the first request, and requested to advise the court as to how Mr. Bruce was doing on his conditions of pre-trial release. Ms. Elizabeth Gutierrez indicated that he was doing very well on his conditions of release (and as a matter of fact has recently changed his requirement of contact every week to a requirement of contact once a month). At the time of filing the first request to travel to Hawaii for an extended period of time as indicated, Ms. Gutierrez indicated that it is not the policy of their office, on Stipulations, to contact the court in order to advice the court of how the defendant is doing on pre-trial release status unless requested to do so by the court.

5. The purpose for the extended period of time requested, for Mr. Bruce to go to Hawaii for his son's first birthday is as follows:

   a. Almost all of the defendant's family is in Hawaii. (Those that reside in the United States will be traveling to Hawaii from other States).

   b. It is tradition for the defendant's family to gather on the first birthday of a family member for an extended period of time where relatives gather in Hawaii. (Although they will all gather at the time of the actual birthday party itself, it has been tradition that time is spent with each family at their

houses in Hawaii as part of what is considered a very important first birthday).

6. All other conditions not in conflict shall remain enforced and effect.

IT IS SO STIPULATED.

Date: 5/11/18                                         /s/Vincenza Rabenn
**VINCENZA RABENN,**
**Assistant United States Attorney**

Date: 5/11/18                                         /s/ E. Marshall Hodgkins
**E. MARSHALL HODGKINS,**
**Attorney of Record for**
**Defendant DAVID G. BRUCE II**

**ORDER**

IT IS SO ORDERED.

Dated:   **May 11, 2018**                          /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE