McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
BRIAN DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00077 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME FOR GOVERNMENT TO FILE EXHIBITS UNDER PRETRIAL ORDER |
| v. | |
| DAVID BRUCE, | DATE: February 5, 2019 |
| Defendant. | TIME: 1 p.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. As set forth the Pretrial Order in the above-referenced matter, the Government's exhibit list and exhibit binder were due on January 16, 2019.

2. At the trial confirmation hearing on January 7, 2019, trial in this case was rescheduled from January 2, 2019 to February 5, 2019.

3. The parties agree and stipulate, and request that the Court grant the Government an extension to the Pretrial Order with respect to the exhibit list and exhibit binder. The government shall now file its exhibit list and exhibit binder on January 29, 2019 at 4pm.

IT IS SO STIPULATED.

Dated: January 16, 2019          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ VINCENZA RABENN
                                 VINCENZA RABENN
                                 Assistant United States Attorney


Dated: January 16, 2019          /s/ Marshall Hodgkins
                                 Marshall Hodgkins
                                 Counsel for Defendant
                                 DAVID BRUCE

**ORDER**

IT IS SO ORDERED.

Dated: __**January 16, 2019**__        _Dale A. Drozd_
                                        UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2