# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID G. BRUCE II,

    Defendant

Case No.: 1:17-CR-00077-DAD-BAM

**ORDER SHORTENING TIME TO HEAR MOTION FOR RELEASE PENDING SENTENCING**

    After consideration of the Declaration of E. Marshall Hodgkins, this court hereby orders that the Motion for Release Pending Sentencing filed by Defendant David Bruce be granted and that the motion be heard in the courtroom of the undersigned on February 20, 2019 at 1:30 PM. The court will consider any written opposition filed by the government any time prior to the hearing and will also consider any opposition expressed at the hearing itself.

IT IS SO ORDERED.

Dated: **February 14, 2019**

    */s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

- 1 -