Amanda Moran, #311090
MORAN LAW FIRM
1330 "L", Street, Suite A
Fresno, CA 93721-1720
Tel: (559) 264-2688
Fax:(559) 264-2683

Attorney for Defendant, David Bruce II

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>David G. Bruce II,<br><br>　　　　Defendant | Case No.: 1:17-cr-00077-DAD-BAM<br><br>**STIPULATION TO CONTINUE DAVID BRUCE PRCEEDINGS TO APRIL 17 AND ORDER**<br><br>Date:　April 17, 2019<br>Time:　2:00 P.M.<br>Dept:　5 |

IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record hereto as follows:

1. The parties agree that any legal matter that is to be heard within the U.S. District Court in the Eastern District regarding David G. Bruce II, be continued to April 17, 2019
2. The parties agree that Legal Counsel for David G. Bruce II is currently in trial within the Fresno County Superior Court representing another client in a State matter.

3. The parties agree that upon the completion Ms. Moran's State Case, the David G. Bruce matter shall be heard on April 17, 2019.

Dated: 4/5/19

Respectfully Submitted,

**MORAN LAW FIRM**

/s/ Amanda Moran
Amanda Moran

*Attorney for David Bruce II*

Dated: 4/5/19

/s/ Vincenza Rabenn
Vincenza Rabenn

*Assistant U.S. Attorney*

ORDER

The Motion for Bail Review currently set for April 8, 2019 is continued to April 17, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated: **April 5, 2019**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE