Amanda Moran, #311090
MORAN LAW FIRM
1330 "L", Street, Suite A
Fresno, CA 93721-1720
Tel: (559) 264-2688
Fax:(559) 264-2683


Attorney for Defendant, David Bruce II

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No.: 1:17-cr-00077-DAD-BAM |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE DAVID** |
| vs. | ) **BRUCE PROCEEDINGS TO APRIL 22** |
| | ) |
| David G. Bruce II, | ) Date: April 22, 2019 |
| | ) Time: 10 A.M. |
| Defendant | ) Dept: 5 |
| | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record hereto as follows:

1. The parties agree that any legal matter that is to be heard within the U.S. District Court in the Eastern District regarding David G. Bruce II, be continued to April 22, 2019

2. The parties agree that Legal Counsel for David G. Bruce II is currently in trial within the Fresno County Superior Court representing another client in a State matter.

3. The parties agree that upon the completion of Ms. Moran's State Case, the David G. Bruce matter shall be heard on April 22, 2019.

Dated: 4/10/19                                    Respectfully Submitted,

                                                  **MORAN LAW FIRM**

                                                  /s/ Amanda Moran
                                                  _____
                                                  Amanda Moran
                                                  *Attorney for David Bruce II*

Dated: 4/10/19

                                                  /s/ Vincenza Rabenn
                                                  _____
                                                  Vincenza Rabenn
                                                  *Assistant U.S. Attorney*

ORDER

The bail review hearing currently set for April 17, 2019 is continued to April 22, 2019 at 10:00 AM.

IT IS SO ORDERED.

Dated:  __**April 10, 2019**__                    _____
                                                  UNITED STATES DISTRICT JUDGE