Amanda Moran, #311090
MORAN LAW FIRM
1330 "L", Street, Suite A
Fresno, CA 93721-1720
Tel: (559) 264-2688
Fax:(559) 264-2683

Attorney for Defendant, David Bruce II

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>David G. Bruce II,<br><br>    Defendant | Case No.: 1:17-cr-00077-DAD-BAM<br><br>**STIPULATION TO CONTINUE DAVID BRUCE PROCEEDINGS TO JUNE 24**<br><br>Date:  May 6, 2019<br>Time:  10 A.M.<br>Dept:  5 |

IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record hereto as follows:

1. The parties agree that any legal matter that is to be heard within the U.S. District Court in the Eastern District regarding David G. Bruce II, including Sentencing, be continued to June 24, 2019.
2. The parties agree that Legal Counsel for David G. Bruce II will be representing an in-custody client in the Superior Court of Fresno in the month of May, in a jury trial; the jury trial is anticipated to last at least three weeks.

3. The parties agree that Legal Counsel for David G. Bruce II will be also be representing an in-custody client in Kings County Superior Court in the month of June, in a jury trial anticipated to last seven days.
4. The parties agree that defense counsel has just recently received the Certified Transcripts of Mr. Bruce's Jury trial; and the review of the trial record required Defense Counsel to dedicate significant time, in preparation
5. The parties agree that the discovery of New Evidence, at the conclusion on David Bruce's Jury Trial, constitutes good cause to continue the presently set Sentencing Hearing, so that Mr. Bruce's legal team may prepare and file a Motion for New Trial.
6. The parties agree that Defense Counsel's Motion for New Trial, will require that all parties have adequate and necessary time to review the motion once filed, and prepare a formal response.
7. The parties agree that the David Bruce matter shall be heard on June 24, 2019.

Dated: 5/1/19

Respectfully Submitted,
**MORAN LAW FIRM**
/s/ Amanda Moran

_____
Amanda Moran
*Attorney for David Bruce II*

Dated: 5/1/19

/s/ Vincenza Rabenn
_____
Vincenza Rabenn
Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties, the sentencing hearing in this case previously set for May 6, 2019 is continued to June 24, 2019 at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **May 1, 2019**

_____
UNITED STATES DISTRICT JUDGE