Amanda Moran, #311090
MORAN LAW FIRM
1330 "L", Street, Suite A
Fresno, CA 93721-1720
Tel: (559) 264-2688
Fax:(559) 264-2683

Attorney for Defendant, David Bruce II

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>David G. Bruce II,<br><br>　　　　Defendant | Case No.: 1:17-cr-00077-DAD-BAM<br><br>**STIPULATION TO CONTINUE DAVID BRUCE PROCEEDINGS TO JULY 15, 2019 AND ORDER**<br><br>Date:　June 24, 2019<br>Time:　10 A.M.<br>Dept:　5 |

IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record hereto as follows:

1. The parties agree that any legal matter that is to be heard within the U.S. District Court in the Eastern District regarding David G. Bruce II, and his Motion Requesting a New Trial be held on July 15th 2019.

2. The parties agree that Legal Counsel for David G. Bruce II contacted the U.S Attorney on June 19, 2019 and both parties agreed to the following:

1

a. Defense Counsel's Motion Requesting a New Trial will be filed with the Eastern District of California on Monday, June 24, 2019;

b. The U.S. Attorney will file its response no later than July 8, 2019;

c. The Motion Requesting a New Trial will be determined by the Eastern District on July 15, 2019, as originally agreed upon by both parties on June 17, 2019.

3. The parties agree that Legal Counsel for David G. Bruce II, agrees to the U.S. Attorney's request for two weeks to review and file its response to Defense Counsel's Motion Requesting a New Trial.

4. The parties agree that the sentencing date scheduled for June 24, 2019, be continued to July 15th, 2019 at 10:00 a.m.

5. The parties agree that Defense Counsel's Motion for a New Trial, will require that all parties have adequate and necessary time to review the motion once filed, and prepare a formal response.

6. The parties agree that the David Bruce matter shall be heard on July 15, 2019.

Dated: 6/20/19                                           Respectfully Submitted,

**MORAN LAW FIRM**

/s/ Amanda Moran_____
Amanda Moran
Attorney for David Bruce II

Dated: 6/20/19                                           /s/ Vincenza Rabenn_____
Vincenza Rabenn
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: __**June 21, 2019**__                       _____
                                                                  UNITED STATES DISTRICT JUDGE