McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-CR-00077-DAD-BAM |
|---|---|
| Plaintiff, | ORDER SHORTENING TIME; SETTING HEARING DATE OF JULY 3, 2019 AT 1:30 P.M. |
| v. | |
| DAVID G. BRUCE, | |
| Defendant. | |

Having reviewed the government's request for an order shortening time on its Motion for an Extension of Time to file an Opposition in this case, the Court GRANTS the government's request for an order shortening time, and sets a hearing on the government's Motion for July 3, 2019 at 1:30 p.m. This Court further GRANTS the government's request to appear telephonically.[1]

IT IS SO ORDERED.

Dated: **July 1, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] Waiver of the defendant's presence at this hearing is acceptable to the court.