McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:17-CR-00077-DAD-BAM |
| Plaintiff, | REQUEST FOR PARTIAL UNSEALING OF PORTION OF TRIAL TRANSCRIPT AND ORDER |
| v. | |
| DAVID G. BRUCE, | |
| Defendant. | |

## **REQUEST FOR PARTIAL UNSEALING**

The Court of Appeals for the Ninth Circuit filed its opinion in the above-referenced case on January 12, 2021. In light of the Court's opinion, the United States needs to review the sealed portion of the trial transcript from February 6, 2019 (referenced on page 31 of the unsealed transcript, lines 11-12) in which attorneys for the United States submitted, *ex parte*, a matter for this Court's consideration, a discussion that the Court of Appeals referred to in its opinion. Accordingly, the United States asks that the Court order that this portion of the trial transcript be partially unsealed, allowing only that the United States may order and review that portion of the transcript. The United States further requests permission to provide the partially unsealed transcript to the following Department of Justice attorneys:

/ / /

/ / /

1  / / /

2  Vincenza Rabenn, Michael Beckwith, Phillip Talbert, John Cummings, Suzanne Drouet, and Jeffrey
3  Ragsdale.

4  Dated: March 2, 2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ Vincenza Rabenn
VINCENZA RABENN
Assistant United States Attorney

McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>DAVID G. BRUCE,<br><br>                    Defendant. | CASE NO: 1:17-CR-00077-DAD-BAM<br><br>ORDER TO PARTIALLY UNSEAL PORTIONS OF TRIAL TRANSCRIPT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the requested portion of the February 6, 2019 trial transcript in the above-captioned matter be, and is, partially unsealed, to the extent that the government may obtain a transcript of the proceedings and provide it to the following Department of Justice attorneys: Vincenza Rabenn, Michael Beckwith, Phillip Talbert, John Cummings, Suzanne Drouet, and Jeffrey Ragsdale.

IT IS SO ORDERED.

Dated: __**March 2, 2021**__     _____
                                                        UNITED STATES DISTRICT JUDGE